August 31, 2007

Honorable Craig T. Enoch
Winstead Sechrest & Minick, P.C.
401 Congress Avenue, Suite 2100
Austin, TX 78701
Mr. John P. Venzke
The Venzke Law Firm, LLP
PO Box 667485
Houston, TX 77266

RE: Case Number: 06-0655
 Court of Appeals Number: 13-05-00131-CV
 Trial Court Number: 01-03395-F

Style: STONEBRIDGE LIFE INSURANCE COMPANY (F/K/A J.C. PENNEY LIFE
 INSURANCE COMPANY), J.C. PENNEY DIRECT MARKETING SERVICES, INC., AND
 AEGON DIRECT MARKETING SERVICES, INC. (F/K/A AEGON SPECIAL MARKETS
 GROUP, INC.)
 v.
 GAYLE G. PITTS AND MARY VANDERFORD

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Patsy Perez|
| | |
| |Ms. Cathy |
| |Wilborn |